IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ELRACHIO CRAIG,<br><br>                     Plaintiff,<br><br>v.<br><br>SGT. RICH et al.,<br><br>                     Defendants. | **MEMORANDUM DECISION &**<br>**DISMISSAL ORDER**<br><br><br>Case No. 2:19-CV-940-HCN<br><br>District Judge Howard C. Nielson Jr. |

In an Order dated December 18, 2019, the Court required Plaintiff to within thirty days

pay an initial partial filing fee of $4.84 and submit a consent to have the remaining fee collected

in increments from Plaintiff's inmate account. (ECF No. 10.) To date, Plaintiff has still not

complied, nor has he responded to the Court's orders. The Court last heard from Plaintiff on

December 10, 2019, when he submitted account statements and a motion. (ECF Nos. 7-9.)

IT IS THEREFORE ORDERED that, because Plaintiff has failed to comply with the

Court's order and has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is

DISMISSED without prejudice. This action is CLOSED.

BY THE COURT:

_____
JUDGE HOWARD C. NIELSON JR.
United States District Court