IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ELRACHIO CRAIG, <br><br> Plaintiff, <br><br> v. <br><br> SGT. RICH *et al.*, <br><br> Defendants. | **MEMORANDUM DECISION AND DISMISSAL ORDER** <br><br> Case No. 2:19-CV-940-HCN <br><br> Howard C. Nielson, Jr. <br> United States District Judge |

In the Memorandum Decision and Order dated March 2, 2021, the court gave Plaintiff "a "FINAL thirty days in which to" pay an initial partial filing fee of $4.84 and submit a consent to have the remaining fee collected in increments from Plaintiff's inmate account. Dkt. No. 15 at 2. Plaintiff has neither complied with, nor responded to the court's order. The court last heard from Plaintiff more than eight months ago, on August 5, 2020, when he filed a motion to set aside judgment, *see* Dkt. No. 13, which the court granted, *see* Dkt. No. 15.

IT IS THEREFORE ORDERED that, because Plaintiff has failed to comply with the court's order and to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is DISMISSED without prejudice. This action is CLOSED.

\* \* \*

**IT IS SO ORDERED.**

DATED this 16th day of April, 2021.

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge